1  Michael S. Agruss (SBN: 259567)
   KROHN & MOSS, LTD.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x235
   Fax: 866-620-2956
4  magruss@consumerlawcenter.com
   Attorneys for Plaintiff,
5  TERRY MORRIS

6

7

8

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| TERRY MORRIS, | **Case No.:** |
| Plaintiff, | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| v. | **(Unlawful Debt Collection Practices)** |
| PROFESSIONAL RECOVERY SERVICES, INC., | |
| Defendant. | |

## VERIFIED COMPLAINT

Plaintiff, TERRY MORRIS (Plaintiff), by his attorneys, KROHN & MOSS, LTD., alleges the following against Defendant, PROFESSIONAL RECOVERY SERVICES, INC. (Defendant):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court

- 1 -

without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained within.

4. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

6. Plaintiff is a natural person residing in Riverbank, Stanislaus County, California.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a collection agency with a business office in Voorhees, New Jersey.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant places collection calls to Plaintiff seeking and demanding payment for an alleged debt.

12. Plaintiff's alleged debt owed arises from transactions for personal, family, and household purposes.

13. Defendant calls Plaintiff and leaves voice messages, asking Plaintiff to call Defendant at 800-915-1016.  (See the transcribed voicemail messages attached hereto as Exhibit A).

14. Defendant places telephone calls without meaningful disclosures of the caller's identity. (See Exhibit A).

PLAINTIFF'S COMPLAINT

15. Defendant failed to disclose in subsequent communications that the calls were from a debt collector.  (See Exhibit A).

16. Defendant uses a business name other than the true name of the business (Defendant states it is "PRS" calling).

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

17. Defendant violated the FDCPA based on the following:

    a.   Defendant violated *§1692d* of the FDCPA by engaging in conduct that the natural consequences of which was to harass, oppress, and abuse Plaintiff in connection with the collection of an alleged debt.

    b.   Defendant violated *§1692d(6)* of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity.

    c.   Defendant violated *§1692e* of the FDCPA by using false, deceptive, and misleading representations in connection with the collection of any debt.

    d.   Defendant violated *§1692e(10)* of the FDCPA by using false and deceptive means in an attempt to collect a debt.

    e.   Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in subsequent communications that the communication was from a debt collector.

    f.   Defendant violated *§1692e(14)* of the FDCPA by using a business name other than the true name of the collector's business.

WHEREFORE, Plaintiff, TERRY MORRIS, respectfully requests judgment be entered against Defendant, PROFESSIONAL RECOVERY SERVICES, INC., for the following:

18. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

*///*

- 3 -

PLAINTIFF'S COMPLAINT

19. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

20. Any other relief that this Honorable Court deems appropriate.

**COUNT II**
**DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION**
**PRACTICES ACT**

21. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

22. Defendant violated the RFDCPA based on the following:

    a. Defendant violated *§1788.11(b)* of the RFDCPA by placing telephone calls without meaningful disclosure of the caller's identity.

    b. Defendant violated *§1788.13(a)* of the RFDCPA by using a business name other than the true name of the collector's business.

    c. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq*.

WHEREFORE, Plaintiff, TERRY MORRIS, respectfully requests judgment be entered against Defendant, PROFESSIONAL RECOVERY SERVICES, INC., for the following:

23. Statutory damages of $1,000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*,

24. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ Code § 1788.30(c)*, and

25. Any other relief that this Honorable Court deems appropriate.

**<u>DEMAND FOR JURY TRIAL</u>**

PLEASE TAKE NOTICE that Plaintiff, TERRY MORRIS, demands a jury trial in this case.

PLAINTIFF'S COMPLAINT

1

RESPECTFULLY SUBMITTED,

2     DATED:  August 31, 2010          KROHN & MOSS, LTD.

3

4                                By:  /s/ Michael S. Agruss

5                                     Michael S. Agruss
                                      Attorney for Plaintiff,
6                                     TERRY MORRIS

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PLAINTIFF'S COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

Plaintiff, TERRY MORRIS, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, TERRY MORRIS, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: _8-31-2010_          _Terry Morris_
                                        TERRY MORRIS

- 6 -

PLAINTIFF'S COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# **Exhibit A**

PLAINTIFF'S COMPLAINT

**<u>Terry Morris v. Professional Recovery Services, Inc.</u>**


*August 5th, 2:18 p.m.*
This is Mr. Stevens from PRS.  Please return the call to 1-800-915-1016.  Again, this is Mr. Stevens from PRS.  Please return the call to 1-800-915-1016.


This is Mr. Stevens from PRS.  Please return the call to 1-800-915-1016.  Again, this is Mr. Stevens from PRS.  Please return the call to 1-800-915-1016.


*Friday, 9 a.m.*
This message is for Terry Morris.  Terry, my name is Steve Houser calling you from PRS.  Please return my call at 1-866-784-1193, extension 8149.  Thank you.