Michael S. Agruss (SBN: 259567)
KROHN & MOSS, LTD.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-620-2956
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
TERRY MORRIS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| TERRY MORRIS, | ) **Case No.: 10-cv-01843** |
| Plaintiff, | ) |
| v. | ) |
| | ) **NOTICE OF SETTLEMENT** |
| PROFESSIONAL RECOVERY SERVICES, INC., | ) |
| Defendant. | ) |

NOW COMES the Plaintiff, TERRY MORRIS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

- 1 -

DATED: November 16, 2010                KROHN & MOSS, LTD.


                                        By: /s/ Michael S. Agruss                _

                                            Michael S. Agruss
                                            Attorney for Plaintiff


### CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that on November 16, 2010, I served all counsel of record with a copy of this document by way of ELECTRONIC MAIL.

                                        By:   /s/ Michael S. Agruss    _

                                              Michael S. Agruss
                                              Attorney for Plaintiff