1  Michael S. Agruss (SBN: 259567)
   KROHN & MOSS, LTD.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x235
   Fax: 866-620-2956
4  magruss@consumerlawcenter.com
   Attorneys for Plaintiff,
5  TERRY MORRIS

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| TERRY MORRIS, | ) **Case No.: 10-cv-01843** |
| ) | |
| Plaintiff, | ) **VOLUNTARY DISMISSAL** |
| ) | |
| v. | ) |
| ) | |
| PROFESSIONAL RECOVERY SERVICES, INC, | ) |
| ) | |
| Defendant. | ) |

**<u>VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Plaintiff, TERRY MORRIS, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: December 16, 2010                KROHN & MOSS, LTD.


                                        <u>By:/s/Michael S. Agruss</u>

                                        Michael S. Agruss
                                        Attorney for Plaintiff,
                                        TERRY MORRIS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **VOLUNTARY DISMISSAL** was sent via mail and e-mail to:

June, Coleman
**Kronick, Moskovitz, Tiedemann & Girard**
400 Capitol Mall, 27th Floor
Sacramento, CA 95814
jcoleman@kmtg.com

By: /s/Michael S. Agruss
Michael S. Agruss
Attorney for Plaintiff,
TERRY MORRIS