UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY MORRIS, ) | |
| ) | 1:10-CV-01843 OWW DLB |
| Plaintiff, ) | |
| v. ) | **ORDER DISMISSING ACTION** |
| PROFESSIONAL RECOVERY SERVICES, ) | |
| INC., ) | |
| Defendants. ) | |

Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   December 23, 2010**            /s/ Oliver W. Wanger
                                                             UNITED STATES DISTRICT JUDGE

1